IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 4:15-CR-3096 |
| vs. | ORDER |
| MITCHELL M. MOREY, | |
| Defendant. | |

IT IS ORDERED:

1. The plaintiff's Motion to Dismiss (filing 57) is granted.

2. The operative petition for offender under supervision (filing 48) is dismissed.

3. The June 19, 2020 hearing is cancelled.

Dated this 1st day of May, 2020.

BY THE COURT:

_____
John M. Gerrard
Chief United States District Judge